UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X
GOVERNMENT EMPLOYEES                        :
INSURANCE COMPANY                           :
                                            :
      Plaintiff,                            :
                                            :
      - against -                          :   Civil Action No. _____
                                            :
FRANCISCO RIVAS                             :
HILDA RIVAS,                                :
                                            :
      Defendants.                           :
-----------------------------------------------------------X

### GOVERNMENT EMPLOYEES INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Government Employees Insurance Company ("GEICO"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of GEICO which have any outstanding securities in the hands of the public:

      GEICO Corporation (Parent Company of GEICO)

  Berkshire Hathaway Inc. (Parent Company of GEICO Corporation; Publicly Traded)

Date:  September 28, 2007

*[signature: Syed Ahmad]*
Walter J. Andrews (No. 366637)
Syed S. Ahmad (No. 493571)
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400 (telephone)
(703) 918-4050 (facsimile)

*Counsel for Government Employees Insurance Company*