UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
GOVERNMENT EMPLOYEES                          :
INSURANCE COMPANY,                            :
                                              :
        Plaintiff,                            :
                                              :
        - against -                           :   No. 1:07-CV-01740-JR
                                              :
FRANCISCO RIVAS                               :
HILDA RIVAS,                                  :
                                              :
        Defendants.                           :
---------------------------------------------------------------X

## PLAINTIFF'S CONSENT MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS OR TO STAY

Government Employees Insurance Company ("GEICO") moves to modify the briefing schedule for Defendants' Motion to Dismiss or to Stay.

In support, GEICO submits the accompanying memorandum.

Pursuant to LCvR 7(c), a proposed order is attached.

Pursuant to LCvR 7(m), counsel for GEICO and Defendants conferred about this motion. Defendants have consented to the modification of the briefing schedule requested by GEICO.

Date: November 27, 2007

_[signature]_

Walter J. Andrews (No. 366637)
Syed S. Ahmad (No. 493571)
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400 (telephone)
(703) 918-4050 (facsimile)

*Counsel for Government Employees Insurance Company*