UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------X
GOVERNMENT EMPLOYEES                     :
INSURANCE COMPANY,                       :
                                         :
         Plaintiff,                      :
                                         :
    - against -                          :   No. 1:07-CV-01740-JR
                                         :
FRANCISCO RIVAS                          :
HILDA RIVAS,                             :
                                         :
         Defendants.                     :
------------------------------------------------------------X

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF CONSENT MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS OR TO STAY

Government Employees Insurance Company ("GEICO") submits this memorandum in supports of its Consent Motion to Modify the Briefing Schedule for Defendants' Motion to Dismiss or to Stay.

On September 28, 2007, GEICO filed its complaint. Defendants requested a 20-day extension and a subsequent three-day extension to respond to GEICO's complaint. GEICO consented to both of Defendants' requests for extensions. On November 16, 2007, Defendants filed a Motion to Dismiss or to Stay. Due to the holiday weekend and undersigned counsel's involvement in other matters, GEICO requests a three-week extension to file its brief opposing Defendants' motion. The opposition brief is currently due on November 30, 2007, and with the three-week extension, it would be due on December 21, 2007. Defendants have consented to GEICO's request for a three-week extension.

In addition, Defendants have requested a one-week extension to file their reply brief. If the opposition brief is filed on December 21, 2007, the reply brief would be due on January 2,

2007. With the one-week extension, the reply brief would be due on January 9, 2007. GEICO has consented to Defendants' request for a one-week extension.

Accordingly, GEICO respectfully requests that the Court grant its Consent Motion to Modify the Briefing Schedule for Defendants' Motion to Dismiss or to Stay.

Date: November 27, 2007

_/s/_

Walter J. Andrews (No. 366637)
Syed S. Ahmad (No. 493571)
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400 (telephone)
(703) 918-4050 (facsimile)

*Counsel for Government Employees Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
GOVERNMENT EMPLOYEES                           :
INSURANCE COMPANY,                             :
                                               :
      Plaintiff,                               :
                                               :
      - against -                             :    No. 1:07-CV-01740-JR
                                               :
FRANCISCO RIVAS                                :
HILDA RIVAS,                                   :
                                               :
      Defendants.                              :
---------------------------------------------------------------X

## ORDER

Upon consideration of Plaintiff's Consent Motion to Modify Briefing Schedule for Defendants' Motion to Dismiss or to Stay, it is hereby

ORDERED that Plaintiff's motion is granted.

It is further ORDERED that Plaintiff's opposition brief be filed by December 21, 2007, and that Defendants' reply brief be filed by January 9, 2007.


Date: November __, 2007                        _____
                                                              U.S.D.J.