**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1740 (JR) |
| FRANCISCO RIVAS, *et al.*, | : |
| Defendants. | : |

**ORDER**

For the reasons stated in the accompanying memorandum, the defendants' motion to dismiss [Dkt. 4] is **granted** and the plaintiff's complaint is accordingly **dismissed without prejudice**.

JAMES ROBERTSON
United States District Judge